UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE PARKER,

    Plaintiff,

v.

                                        Case No. 20-cv-11413
                                        Hon. Matthew F. Leitman

HEIDI E. WASHINGTON, *et al.*,

    Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION
## FOR A PRELIMINARY INJUNCTION (ECF No. 3)

In this action, Bruce Parker, an inmate in the Michigan Department of Corrections, brings an Eighth Amendment deliberate indifference claim against Defendants. (*See* Compl., ECF No. 1.)  Parker, proceeding pro se, alleges that, due to the deliberate indifference of Defendants, he became infected with COVID-19. (*See id.*, PageID.10–11.)

Parker has separately filed a Motion for a Preliminary Injunction (ECF No. 3).  Parker's one-page motion requests that he be housed in a single-occupancy cell and given access to cleaning and disinfectant materials. (*See* Mot. for Prelim. Inj., ECF No. 3, PageID.45.)

Parker has failed to persuade the Court that he is entitled to the relief he seeks. That relief is directed at preventing an inmate from becoming infected with COVID-

19. But Parker says that he was infected more than one month ago – and before he even filed this action. Thus, the injunction Parker seeks would not afford him protection from infection. Indeed, Parker has not shown that the injunctive relief he seeks would confer any meaningful benefit upon him in light of the fact that he has already been infected with COVID-19.

Moreover (and in any event), since Parker filed his Complaint, the Michigan Department of Corrections has taken substantial steps to mitigate and prevent the spread of the virus within its facilities. *See* MDOC, *MDOC Response and Information on Coronavirus (COVID-19)*, https://medium.com/@MichiganDOC/mdoc-takes-steps-to-prevent-spread-of-coronavirus-covid-19-250f43144337. These efforts include producing masks for both prisoners and staff, using bleach during facility cleanings, increasing prisoner access to soap, modifying prisoner movement to decrease interaction between prison populations, introducing social distancing during meals and recreational activities, suspending in-person visits at prison facilities, and instituting a detailed protocol for testing and caring for inmates who show symptoms and/or are diagnosed with the virus. *See id.* Of course, these procedures will not be able to prevent every case of COVID-19 within MDOC facilities, but the MDOC has undertaken meaningful increased efforts to combat the spread of COVID-19 at facilities such as Parker's.

Thus, even if Parker had not already contracted COVID-19, there would be a real question as to whether there is a need for the extraordinary injunctive relief he seeks.

Accordingly, Parker's Motion for a Preliminary Injunction (ECF No. 3) is **DENIED**.

**IT IS SO ORDERED**.

> s/Matthew F. Leitman
> MATTHEW F. LEITMAN
> UNITED STATES DISTRICT JUDGE

Dated:  June 24, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 24, 2020, by electronic means and/or ordinary mail.

> s/Holly A. Monda
> Case Manager
> (810) 341-9764