UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE PARKER,

    Plaintiff,

v.

    Case No. 20-cv-11413
    Hon. Matthew F. Leitman

HEIDI E. WASHINGTON, *et al.*,

    Defendants.
_____/

### ORDER (1) TERMINATING PLAINTIFF'S MOTION FOR RECONSIDERATION (ECF No. 10) AS MOOT AND (2) DIRECTING DEFENDANTS' TO FILE A RESPONSE TO PLAINTIFF'S RENEWED MOTION FOR A PRELIMINARY INJUNCTION (ECF No. 11)

Plaintiff Bruce Parker is a state inmate in the custody of the Michigan Department of Corrections. In this civil action, Parker alleges that due to the deliberate indifference of Defendants, he became infected with COVID-19. (*See* Compl., ECF No. 1, PageID.10–11.)

On May 14, 2020, Parker filed a motion for a preliminary injunction. (*See* Mot., ECF No. 3). The Court denied the motion on June 24, 2020. (*See* Order, ECF No. 5.)

Parker has two motions now pending before the Court. First, Parker seeks reconsideration of the Court's denial of motion for a preliminary injunction. (*See*

1

Mot. for Reconsideration, ECF No. 10.)  Second, Parker has filed a renewed motion for a preliminary injunction. (*See* Renewed Mot., ECF No. 11.)

Because Parker has filed a renewed motion seeking the same relief that he seeks in his motion for reconsideration, the Court will **TERMINATE** the pending motion for reconsideration (ECF No. 10) as **MOOT**.

With respect to Parker's renewed motion for a preliminary injunction (ECF No. 11), the Court **DIRECTS** Defendants to file a response to that motion by no later than **December 21, 2020**.  Parker may file a reply brief that must be received by the Court by no later than **January 4, 2020**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  December 9, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 9, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
