UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE PARKER,

    Plaintiff,                                                         Case No. 20-cv-11413

v.                                                                     Hon. Matthew F. Leitman

HEIDI E. WASHINGTON, *et al.*,

    Defendants.

_____/

**<u>ORDER (1) GRANTING PLAINTIFF'S ORAL MOTION TO WITHDRAW RENEWED MOTION FOR PRELIMINARY INJUNCTION (ECF No. 11) AND (2) TERMINATING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBITS (ECF No. 21) AS MOOT</u>**

      Plaintiff Bruce Parker is a state inmate in the custody of the Michigan Department of Corrections (the "MDOC"). He is imprisoned at the Macomb Correctional Facility (the "MCF") in Lenox Township, Michigan. In this action, Parker alleges that due to the deliberate indifference of several employees of the MDOC and the MCF, he was infected with COVID-19. (*See* Compl., ECF No. 1.)

      On August 24, 2020, Parker filed a renewed motion for preliminary injunction. (*See* Mot., ECF No. 11.) He has also filed a motion for leave to file supplemental exhibits in support of that motion. (*See* Mot. for Leave, ECF No. 21.)

      On January 14, 2021, the Court referred this action to the assigned Magistrate Judge for the purpose of conducting a limited settlement conference with respect to

Parker's motion for preliminary injunction. (*See* Order, ECF No. 32.) The Magistrate Judge held the settlement conference on March 2, 2021, and the parties reached a resolution to Parker's motion. Parker then orally moved to withdraw the motion based on the parties' settlement.

Parker's motion to withdraw his renewed motion for a preliminary injunction (ECF No. 11) is **GRANTED**. In addition, based on the parties' settlement and Parker's withdraw of his motion, the Court **TERMINATES AS MOOT** Parker's motion for leave to file supplemental exhibits in support of his motion (ECF No. 21).

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 3, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 3, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764