UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE PARKER,

    Plaintiff,                                   Case No. 20-cv-11413
                                                  Hon. Matthew F. Leitman

v.

HEIDI E. WASHINGTON, *et al.*,

    Defendants.

_____/

## **ORDER DIRECTING DEFENDANTS TO SUPPLEMEMENT RECORD**

Now pending before the Court is a motion by Plaintiff Bruce Parker for a temporary restraining order. (*See* Mot., ECF No. 63.) Parker is an inmate in the Michigan Department of Corrections ("MDOC"). In the TRO motion, he claims that due to certain acts and omissions by MDOC staff, he is at serious risk from contracting the COVID-19 virus and suffering serious medical consequences as a result. The Court has reviewed all of the filings in connection with the TRO motion (including the Magistrate Judge's Report and Recommendation, Parker's Objections, and the Defendants' Response to Parker's Objections), and the Court has concluded that it would benefit from a supplementation of the record. Accordingly, IT IS HEREBY ORDERED that by **July 9, 2021**, Defendants shall supplement the record by filing an affidavit that answers the following questions:

1

1. Has the MDOC offered a Covid-19 vaccine to Parker? If so, which vaccine, and when was it offered to Parker?

2. If a vaccine was offered to Parker, did he agree to be vaccinated, or did he reject the offer to vaccinate him?

3. If Parker accepted the offer to be vaccinated, has the vaccine been administered? If so, how many doses of the vaccine has Parker received, and when did he receive them?

4. Finally, if Parker has agreed to be vaccinated but has not yet been vaccinated, when will the vaccine be administered to him?

Defendants shall serve this supplemental affidavit on Parker when they file it with the Court.

Parker may file a response to the Defendants' supplemental affidavit by not later than **August 10, 2021**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 21, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 21, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764