UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE PARKER,

    Plaintiff,

v.

HEIDI E. WASHINGTON, *et al.*,

    Defendants.

Case No. 20-cv-11413
Hon. Matthew F. Leitman

_____/

### ORDER (1) ADOPTING RECOMMENDED DISPOSITION OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF No. 72); AND (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE (ECF No. 28)

Plaintiff Bruce Parker is a state inmate in the custody of the Michigan Department of Corrections. On May 14, 2020, Parker filed a *pro se* Complaint against Defendants Heidi Washington, Kenneth McKee, Willis Chapman, George Stephenson, and Kristopher Steece. (*See* Compl., ECF No. 1.) Parker alleges that the Defendants violated his constitutional rights. (*See id.*)

On December 16, 2020, Parker filed a Motion for Summary Judgment against Defendants Chapman, Stephenson, and Steece. (*See* Mot., ECF No. 28). The motion was referred to the assigned Magistrate Judge, and on May 25, 2021, the Magistrate Judge issued a Report and Recommendation in which she recommended that the Court deny Parker's motion without prejudice as premature (the "R&R"). (*See* R&R,

1

ECF No. 72.) At the conclusion of the R&R, the Magistrate Judge informed Parker that if he wanted to seek review of her recommendation, he needed to file specific objections with the Court within fourteen days. (*See id.*, PageID.902-903.)

Parker did not file any objections to the R&R. The failure to object to a report and recommendation releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985). Likewise, the failure to object waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987).

Accordingly, because Parker has failed to file any objections to the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommended disposition of his Motion for Summary Judgment is **ADOPTED**.

**IT IS FURTHER ORDERED** that Parker's Motion for Summary Judgment (ECF No. 28) is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 8, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 8, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda<br>
Case Manager<br>
(810) 341-9764